KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7102
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSE LUIS RIVERA-AGUILAR, )<br>)<br>Defendant. )<br>_____ ) | CR No.: 06-0679 SI<br><br>STIPULATION AND [PROPOSED]<br><u>ORDER EXCLUDING TIME</u> |

    On October 20, 2006, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from October 20, 2006 to December 22, 2006 in the interests of justice and for effective preparation of counsel because defense counsel and the United States require time to obtain additional information relevant to Defendant Jose Luis Rivera-Aguilar's criminal history and offense level, including a pre-plea criminal history report from the United States Probation Office. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of both defense counsel and the United States, taking into account the exercise of due diligence. <u>See</u> 18

1  U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting
2  such a continuance outweighed the best interests of the public and the defendant in a speedy trial.
3  See 18 U.S.C. § 3161(h)(8)(A).
4  SO STIPULATED:

5  KEVIN V. RYAN
   United States Attorney

7  DATED: 10/24/06                /S/ Julie A. Arbuckle
                                  JULIE A. ARBUCKLE
8                                 Assistant United States Attorney

9  DATED: 10/23/06                /S/ Daniel Blank
10                                DANIEL BLANK
                                  Attorney for Defendant Jose Luis
11                                Rivera-Aguilar

12     As the Court found on October 20, 2006, and for the reasons stated above, the Court finds
13  that the ends of justice served by the continuance outweigh the best interests of the public and the
14  defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
15  calculations from October 20, 2006 to December 22, 2006 in the interests of justice and for
16  effective preparation of defense counsel and the United States. See 18 U.S.C. §3161 (h)(8)(A).
17  The failure to grant the requested continuance would deny counsel reasonable time necessary for
18  effective preparation, taking into account the exercise of due diligence, and would result in a
19  miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

20  SO ORDERED.

22  DATED:_____           _____
23                                  Susan Illston
                                    United States District Judge